FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BISHOP and JESSICA BISHOP, a married couple,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES BAKERY, INC., an Oregon corporation doing business as Franz Family Bakeries, and BRIAN WRIGHT, a Washington resident, individually and/or as an agent/representative of United States Bakery, Inc., d/b/a Franz Family Bakeries,<br><br>   Defendants. | NO:  2:21-CV-177-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 18.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

   1. The Stipulated Motion for Dismissal with Prejudice, **ECF No. 18**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** November 4, 2021.

　　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　　　United States District Judge