AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WILLIAM BISHOP and JESSICA BISHOP, a married couple,
*Plaintiff*
v.
UNITED STATES BAKERY, INC., an Oregon corporation doing business as Franz Family Bakeries, and BRIAN WRIGHT, a Washington resident, individually and/or as an agent/representative of United States Bakery, Inc., d/b/a Franz Family Bakeries,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:21-CV-177-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Dismissal with Prejudice (ECF No. 18) is GRANTED. Plaintiffs' Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a Stipulated Motion for Dismissal with Prejudice (ECF No. 18).

Date: 11/04/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams